UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| GEORGIA M. WINFREY, Administrator of the Estate of QUENTIN LARRY, Deceased,  )<br><br>Plaintiff,  )<br>v.  )<br>  )<br>DANIEL WALSH, HEATHER GILL,  )<br>DEPUTY HEATH, DEPUTY RUFF,  )<br>DEPUTY SGT. JOHNSON, UNKNOWN  )<br>CHAMPAIGN COUNTY DEPUTIES,  )<br>ALLISON QUICK, NURSE ADAMS,  )<br>HEALTH PROFESSIONALS, LTD.,  )<br>and COUNTY OF CHAMPAIGN, ILLINOIS,  )<br>  )<br>Defendants.  ) | Case No. 07-CV-2093 |

### ORDER

On September 7, 2007, Magistrate Judge David G. Bernthal filed two Reports and Recommendations (#33, #34) in the above cause. More than ten (10) days have elapsed since the filing of the Recommendations and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendations of the Magistrate Judge are, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Reports and Recommendations ([33], [34]) are accepted by this court.

(2) The Motion to Dismiss Plaintiff's Complaint or, In the Alternative, Motion to Strike Prayer for Punitive Damages and Motion for More Definite Statement [24] filed by Defendants Health Professionals, Ltd., Kendra Adams and Allison Quick is DENIED.

(3) The Motion to Dismiss [15] filed by Defendants Daniel Walsh, Heather Gill, Deputy Jeremy Heath, Deputy Eric Ruff, Sgt. Michael Johnson and Champaign County, Illinois, is

DENIED.    (4)  If Plaintiff disagrees with Judge Bernthal's construction of the complaint, she should file an amended complaint within fourteen (14) days of the entry of this order.  Defendants are allowed twenty-one (21) days to file an Answer to the amended complaint.  If no amended complaint is filed, Defendants should filed their Answer within thirty (30) days of the date of this order.

(5) This case is referred to the Magistrate Judge for further proceedings.

ENTERED this 25th day of September, 2007

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE